**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JACQUELINE SEWELL** | **CIVIL ACTION NO. 1:23-cv-00889** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **USA** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 14] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 15] filed by Plaintiff Jacqueline Sewell ("Plaintiff"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion to Dismiss For Lack of Subject Matter Jurisdiction [Doc. No. 10] filed by the Government is **GRANTED f**or lack of subject matter jurisdiction.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 10th day of July 2024.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**